**FILED**

03/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0358

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0358

_____

WESTVIEW MOBILE HOME PARK, LLC,

      Plaintiff and Appellee,

    v.

DAVID LOCKHART AND DOREEN
LOCKHART,

      Defendants, Appellants,
      and Cross-Appellees.

O R D E R

_____

Pursuant to Appellants David Lockhart and Doreen Lockhart's motion for extension of time to file their reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellants have until April 13, 2023, to file their reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 21 2023